USMS Screened

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| Ellen Makarevich | ) | Case No. _____ |
| | ) | *(to be filled in by the Clerk's Office)* |
| | ) | |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | Jury Trial: *(check one)* ☐ Yes ☑ No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
| | ) | |
| Sanofi | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | ) | |
| *with the full list of names.)* | ) | |

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

    A.    **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Ellen Makarevich |
| Street Address | 4 Justin Rd |
| City and County | Chelmsford, Middlesex County |
| State and Zip Code | MA 01824 |
| Telephone Number | 978-835-9457 |
| E-mail Address | Ellen.Makarevich@gmail.com |

    B.    **The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Sanofi |
| Job or Title *(if known)* | Roy Papatheodorou, Executive Vice President, General Counsel |
| Street Address | 55 Corporate Drive |
| City and County | Bridgewater, Somerset County |
| State and Zip Code | NJ, 08807 |
| Telephone Number | 1-800-981-2591 |
| E-mail Address *(if known)* | Roy.Papatheodorou@sanofi.com |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

The relevant Massachusetts General Laws include: 1. MGL c. 214, § 1B – Right of Privacy; 2. MGL c. 272, § 99 – Wiretapping and Electronic Surveillance; 3. MGL c. 265, § 43 – Stalking /Reference to MGL c. 209A, § 1 – Abuse Prevention and Protection from Harassment; 4. MGL c. 265, §§ 50-59 – Human Trafficking, Organ Trafficking, and Related Offenses; and 4. MGL c. 275, § 2 – Threat to Commit a Crime.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)*   Ellen Makarevich                    , is a citizen of the

State of *(name)*   Massachusetts                    .

b.    If the plaintiff is a corporation

The plaintiff, *(name)*                              , is incorporated

under the laws of the State of *(name)*                              ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)*                         , is a citizen of

the State of *(name)*                     . Or is a citizen of

*(foreign nation)*                     .

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

b.  If the defendant is a corporation

The defendant, *(name)* Sanofi _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* France _____,

and has its principal place of business in *(name)* Paris _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

133-Day Harm Estimate: $500,000
Low-end (reimbursement, breach of contract): $15,000–$50,000; Mid-range (retaliation, lost income, reputational harm): $100,000–$500,000; High-end (egregious emotional harm, public exposure, punitive damages): $1 million–$40 million

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Defendant has failed to remit payment to the Plaintiff for the period of occupancy from 5/2/25, to 9/11/25 (currently under consideration). Despite multiple notifications, including emails dated 5/2/25, 5/23/25, 9/7/25, and further correspondence last dated 8/22/25, and 8/27/25, the Defendant has not provided the requested affidavit. The Defendant's excessive fixation has rendered the Plaintiff's employment in other ventures and related contracts legally untenable. Consequently, the Plaintiff seeks compensation for financial losses incurred due to this situation.

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Relief in relation to "time is money" encompasses not only the direct financial losses incurred due to unfair employment practices but also the broader implications on the individual's career and quality of life. The claim for relief, therefore, should reflect compensation for the time lost as well as the associated financial impact that the delays and disputes have on the plaintiff's overall livelihood.

o In consideration of the Defendant's loitering, it is essential to provide an extended severance to ensure that the Plaintiff achieves financial breakeven and recovers.

Case References: Andrews v. Marriott International et al. (Case No. 11C4831, Tenn. Cir. Ct. 2016); Cathcart v. Micale et al. (402 F. Supp. 3d 110, E.D. Pa. 2019); Dean v. Dean (2020 Mass. App. Div. 172); Fortune v. National Cash Register Co. (373 Mass. 96, 1977); J.G. v. Northbrook Industries, Inc. (N.D. Ga. No. 1:20-CV-5233, 2025).

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:              09/11/2025

Signature of Plaintiff        *Ellen Makarevich*

Printed Name of Plaintiff     Ellen Makarevich

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

CERTIFICATE OF SERVICE

I hereby certify that on 9/11/25, I served a copy of the following document(s):

Complaint for Employment Discrimination

on the following party:

Sanofi

Roy Papatheodorou, Executive Vice President, General Counsel

55 Corporate Drive

Bridgewater, NJ, 08807

Roy.Papatheodorou@sanofi.com

by the following method:

First-Class Mail / Email

Signature: *Ellen Makarevich*

Printed Name: Ellen Makarevich

Title: Plaintiff, Pro se

Date: 9/11/2025